25 Ill. App.3d 332 (1974)
323 N.E.2d 39
THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant,
v.
ALBERT PACKER, Defendant-Appellee.
Nos. 60355-61 cons.
Illinois Appellate Court  First District (3rd Division).
December 19, 1974.
*333 Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Michael F. Baccash, and Alan L. Fulkerson, Assistant State's Attorneys, of counsel), for the People.
Sam Adam, of Chicago, for appellee.
Abstract of Decision
Reversed and remanded.